UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-1766 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the Court's oral rulings issued at the status conference held on October 3, 2018, it is hereby

**ORDERED** that the Federal Bureau of Investigation shall process 500 pages of documents potentially responsive to the plaintiff's Freedom of Information Act request, on or before October 15, 2018, with subsequent processing of 750 pages per month thereafter, until the processing of all potentially responsive documents is complete. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on January 18, 2019, at 11:30 a.m.

**SO ORDERED** this 3rd day of October, 2018.

REGGIE B. WALTON<br>
United States District Judge