IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br><br>Plaintiff,  )<br>v.  )<br>U.S. DEPARTMENT OF JUSTICE,  )<br><br>Defendant.  ) | No. 1:18-cv-1766-RBW |

**JOINT STATUS REPORT**

In a January 23, 2019 minute order, the Court instructed the parties to "file a joint status report proposing new deadlines in this case." The parties have conferred and agreed to the following deadlines.

- The FBI shall complete its production of responsive, non-exempt documents subject to the Freedom of Information Act (FOIA) on or before February 22, 2019. This deadline does not apply to (i) documents that the FBI has referred to other federal agencies for their review and (ii) documents that are subject to consultation between the FBI and other federal entities.

- The Department of Justice's Office of Inspector General shall finish its production to plaintiff of a representative sample of documents on or before February 25, 2019. The parties have separately agreed to the contents of the sample.

- Defendant will file a brief regarding the applicability of Exemption 7(A) to the responsive documents subject to the FOIA on or before March 21, 2019.

- Plaintiff shall file a response brief regarding the applicability of Exemption 7(A) on or before <u>April 8, 2019</u>.

- Defendant shall file a reply brief, if any, regarding the applicability of Exemption 7(a) on or before <u>April 22, 2019</u>.

Date: February 7, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　　Deputy Branch Director

　　　　　　　　　　　　　　　　　　　　   <u>  s/Justin M. Sandberg          </u>
　　　　　　　　　　　　　　　　　　　　JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street NW, Room 11004
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 514-5838
　　　　　　　　　　　　　　　　　　　　Fax:  (202) 616-8460
　　　　　　　　　　　　　　　　　　　　Email: justin.sandberg@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*


　　　　　　　　　　　　　　　　　　　　   <u>  /s/ Anne L. Weismann          </u>
　　　　　　　　　　　　　　　　　　　　Anne L. Weismann
　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 298190)
　　　　　　　　　　　　　　　　　　　　Citizens for Responsibility and Ethics in Washington
　　　　　　　　　　　　　　　　　　　　1101 K Street, NW
　　　　　　　　　　　　　　　　　　　　Suite 201
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 408-5565
　　　　　　　　　　　　　　　　　　　　Email: aweismann@citizensforethics.org

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*