IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY <br> AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | No. 1:18-cv-1766-RBW |

**INDEX OF EXHIBITS TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Exhibit 1 – Declaration of David Hardy, Section Chief of the Record/Information Dissemination Section, Information Management Division, FBI, March 21, 2019

Exhibit 2 – Declaration of Ofelia C. Perez, Government Information Specialist, U.S. Department of Justice, Office of Inspector General, March 21, 2019

Exhibit 3 – *Jefferson v. U.S. Department of Justice*, Judgment, 04-5226 (D.C. Cir. Oct. 26, 2005)

Exhibit 4 – *Jefferson v. U.S. Department of Justice*, Memo. Opinion, 01-cv-1418 (D.D.C. March 31, 2003)