IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-cv-1766 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit A | Hearing Transcript, November 29, 2018 |
| Exhibit B | FOIA documents: note from OPR Candace Will |
| Exhibit C | FBI's New Offense Table and Penalty Guidelines Related to Disciplinary Process |
| Exhibit D | FOIA documents: INSD Case Opening Forms |
| Exhibit E | FOIA documents: Procedural Protections |
| Exhibit F | FOIA documents: email correspondence between McCabe Counsel and OPR |
| Exhibit F | Portions of DOJ Inspector General Manual |