IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    No. 1:18-cv-1766-RBW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF EXEMPTION 7(A) AND MOTION TO EXCUSE U.S. ATTORNEY'S OFFICE OFFICIAL

In this Freedom of Information Act (FOIA) case, the Court set a status conference for November 14, 2019, to discuss Defendant's invocation of Exemption 7(A) over information related to an enforcement proceeding described in the Declaration of Stephen F. Lyons, ECF No. 25, March 21, 2019.  Defendant hereby informs the Court that it is withdrawing its invocation of Exemption 7(A) over information related to the proceeding described in the Lyons Declaration.

In light of this withdrawal, Defendant requests that the Court eliminate any obligation for a U.S. Attorney's Office official to appear at the November 14, 2019, hearing.  Defendant understands that the Court expected Assistant U.S. Attorney J.P. Cooney, or another official from the U.S. Attorney's Office, to appear and be prepared to discuss the enforcement proceeding, to facilitate the Court's assessment of the continuing validity of Defendant's withholding of information under Exemption 7(A).  But, as Defendant has withdrawn its invocation of Exemption 7(A), it respectfully requests that the Court eliminate the obligation for a representative of the U.S. Attorney's Office to appear at the hearing.

Defendant contacted counsel for Plaintiff regarding this request.  She stated that Plaintiff has "no objection provided [the Department of Justice] will be in a position to answer any questions that may arise, including questions about the status of the investigation."  Questions about the

1

status of the enforcement proceeding are irrelevant to this FOIA case in light of Defendant's withdrawal of its invocation of Exemption 7(A).

Date: November 13 , 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

     *s/Justin M. Sandberg*
JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street NW, Room 11004
Washington, DC 20005
Tel.: (202) 514-5838
Fax:  (202) 616-8460
Email: justin.sandberg@usdoj.gov

*Counsel for Defendant*