**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>U.S. DEPARTMENT OF JUSTICE,  )<br><br>Defendant.  ) | Civil Action No. 18-1766 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on November 14, 2019, it is hereby

**ORDERED** that the defendant's Motion for Partial Summary Judgment, ECF No. 24, is **DENIED AS MOOT**. It is further

**ORDERED** that the Clerk of the Court shall **UNSEAL** the Declaration of Stephen F. Lyons, ECF No. 27. It is further

**ORDERED** that, beginning December 1, 2019, the United States Department of Justice Office of the Inspector General shall, on a monthly basis, process 200 pages of potentially responsive records and produce any responsive, non-exempt records to the plaintiff. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on February 26, 2020, at 11:30 a.m.

**SO ORDERED** this 15th day of November, 2019.

REGGIE B. WALTON
United States District Judge