# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br><br>Plaintiff, )<br><br>v. )<br><br>U.S. DEPARTMENT OF JUSTICE, )<br><br>Defendant. ) | Civil Action No. 18-1766 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the motions hearing held on January 23, 2020, it is hereby

**ORDERED** that the Plaintiff's Motion to Unseal Transcripts and Supporting Memorandum of Points and Authorities, ECF No. 40, and the Defendant's Motion for Leave to File Brief and Declaration Under Seal and <u>Ex Parte</u>, ECF No. 41, are **HELD IN ABEYANCE** pending the Court's final determination at the January 29, 2020 hearing. It is further

**ORDERED** that the Plaintiff's Motion to Prioritize Processing of Documents Pertaining to Lisa Page and Michael Kortan and Supporting Memorandum of Points and Authorities, ECF No. 43, is **DENIED AS MOOT**, as the parties have reached an agreement that resolved this motion. It is further

**ORDERED** that the parties shall appear before the Court for a continuation of the January 23, 2020 motions hearing on January 29, 2020, at 2:00 p.m.

**SO ORDERED** this 24th day of January, 2020.

REGGIE B. WALTON<br>
United States District Judge