# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-1766 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on January 29, 2020, it is hereby

**ORDERED** that the Plaintiff's Motion to Unseal Transcripts and Supporting Memorandum of Points and Authorities, ECF No. 40, is **GRANTED IN PART AND DENIED IN PART**. The motion is **DENIED** to the extent that it seeks to unseal the verbal discussions found on the following pages and lines of the status conference transcripts: (1) 5:20–6:3 and 18:18–19:1 of the July 9, 2019 status conference transcript; and (2) 3:8–9 and 3:14–18 of the September 30, 2019 status conference transcript. The motion is **GRANTED** in all other respects. It is further

**ORDERED** that the Defendant's Motion for Leave to File Brief and Declaration Under Seal and Ex Parte, ECF No. 41, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks to seal the following: (1) the portions of the Defendant's Partial Opposition to Motion to Unseal Transcripts, ECF No. 41-3 (the "brief"),

identified by the defendant on pages 2, 3, 8, 9,[1] 10, 11, 12, 16, 17, 18, and 19 of the brief; and (2) ¶¶ 2, 3, 4, 5, 6, 7, 8, and 12[2] of the Declaration of J.P. Cooney, ECF No. 41-4 (the "Cooney declaration").  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that the obligation to release of the unsealed portions of the July 9, 2019 status conference transcript; the September 9, 2019 status conference transcript; the September 30, 2019 status conference transcript;[3] the defendant's brief; and the Cooney declaration shall be **STAYED** until February 12, 2020, to afford the defendant an opportunity an appeal the Court's January 29, 2020 oral rulings and this Order to the District of Columbia Circuit.  It is further

**ORDERED** that the status conference currently scheduled for February 26, 2020, is **VACATED** pending further order of the Court.  It is further

**ORDERED** that, on or before April 3, 2020, the defendant shall file a status report advising the Court of the status of the processing and production of documents responsive to the plaintiff's Freedom of Information Act request.

**SO ORDERED** this 30th day of January, 2020.

REGGIE B. WALTON<br>
United States District Judge

---

[1] The first two sentences on page 9 shall be unsealed, but the other portion identified by the defendant on page 9 shall remain under seal.

[2] The entirety of ¶¶ 2, 3, 4, 5, 6, 7, and 8 shall remain under seal.  The fourth sentence of ¶ 12, beginning after the word "investigation," shall remain under seal, but the paragraph shall otherwise be unsealed.

[3] With the defendant's consent, the sealed, ex parte portions of the July 9, 2019 status conference transcript; the September 9, 2019 status conference transcript; and the September 30, 2019 status conference transcript that the defendant does not object to disclosing will forthwith be released to the plaintiff's counsel and be placed on the public docket.