**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 18-1766 (RBW)

## ORDER

In accordance with the Court's January 30, 2020 Order, ECF No. 50, and to ensure the expeditious release of public versions of the sealed documents in this case, it is hereby

**ORDERED** that, on or before February 14, 2020, the defendant shall file proposed redacted versions[1] of (1) the July 9, 2019 status conference transcript; (2) the September 9, 2019 status conference transcript; (3) the September 30, 2019 status conference transcript; (4) the Defendant's Partial Opposition to Motion to Unseal Transcripts; and the (5) Declaration of J.P. Cooney that may be filed on the public docket.

**SO ORDERED** this 7th of February, 2020.

REGGIE B. WALTON
United States District Judge

---

[1] The proposed redactions shall comport with the terms of the Court's January 30, 2020 Order, ECF No. 50.