IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:18-cv-1766-RBW |

## NOTICE OF FILING

In accordance with the Court's February 7, 2020 Order (ECF No. 53), Defendant hereby files copies of the following five documents, which have been redacted as specified in the Court's January 30, 2020 Order (ECF No. 50):

1) Transcript of July 9, 2019 Status Conference;

2) Transcript of September 9, 2019 Status Conference;

3) Transcript of September 30, 2019 Status Conference;

4) Defendant's Partial Opposition to Motion to Unseal Transcripts;

5) Declaration of J.P. Cooney, December 10, 2019.

1

Date: February 14, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　　Deputy Branch Director

　　　　　　　　　　　　　　　　　　　　　*s/Justin M. Sandberg*
　　　　　　　　　　　　　　　　　　　　JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street NW, Room 11004
　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 514-5838
　　　　　　　　　　　　　　　　　　　　Fax:  (202) 616-8460
　　　　　　　　　　　　　　　　　　　　Email: justin.sandberg@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*