1              **IN THE UNITED STATES DISTRICT COURT**

2                **FOR THE DISTRICT OF COLUMBIA**

3    CITIZENS FOR RESPONSIBILITY     .
     AND ETHICS IN WASHINGTON        .
4                      Plaintiff,    .
     vs.                             .   Docket No. CV 18-1766-RBW
5                                    .
     U.S. DEPARTMENT OF JUSTICE      .   Washington, D.C.
6                                    .   July 9, 2019
                       Defendant.    .
7    . . . . . . . . . . . . . . . .x   2:33 p.m.

8

9               TRANSCRIPT OF STATUS CONFERENCE

10     BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

11                UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Plaintiff:   Anne L. Weismann, Chief FOIA Counsel
                          CITIZENS FOR RESPONSIBILITY AND
14                        ETHICS IN WASHINGTON
                          455 Massachusetts Avenue, NW
15                        Washington, DC 20001

16
     For the Defendant:   Justin M. Sandberg, Attorney-at-Law
17                        U.S. DEPARTMENT OF JUSTICE
                          Civil Division, Federal Programs Branch
18                        1100 L Street, NW - Room 11004
                          Washington, DC 20005
19

20

21   Court Reporter:   Cathryn J. Jones, RPR
                       Official Court Reporter
22                     Room 6521, U.S. District Court
                       333 Constitution Avenue, N.W.
23

24   Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.
25

**P R O C E E D I N G S**

THE DEPUTY CLERK:  Your Honor, this is Civil

Action 18-362 [sic], Citizens For Responsibility and Ethics

In Washington versus the U.S. Department of Justice.

Going to ask counsel, please approach the podium,

state your appearance for the record, introduce any parties

at your table.

MS. WEISMANN:  Good afternoon, your Honor, Anne

Weismann on behalf of CREW.

THE COURT:  Good afternoon.

MR. SANDBERG:  Good afternoon, your Honor, Justin

Sandberg for the Department of Justice.  Also with me at

counsel table is Madeleine Hensler from the U.S. Department

of Justice, Office of Inspector General and Assistant U.S.

Attorney, J.P. Cooney.

THE COURT:  Good afternoon.  I set this matter

because I had a question to inquire of the government about,

and since at least at this point there is a sufficient

predicate to maintain the submission that was made to me

under seal, I think it's appropriate to hear from the

government ex parte regarding the concern that I had.  So

I'll have to order that counsel for the plaintiff wait

outside and anybody else associated with plaintiffs.

[Ex parte discussion outside presence of

plaintiff's counsel.]

1              THE COURT:  As counsel knows this matter regards a

2     FOIA request for documents related to the investigation of

3     former FBI deputy director Andrew McCabe.  And at the last

4     hearing I had agreed before that to permit a declaration to

5     be filed under seal.  And before concluding that that should

6     continue and for how long, I thought it was appropriate to

7     get some insight from the prosecutor in this case as to what

8     the status of this matter is and how long it's anticipated

9     the investigation will be ongoing.

10             Because I think to permit the investigation to go

11    on infinitum really undercuts the purpose of the Freedom of

12    Information Act since it is designed to provide a means by

13    which the American public can know what its government is up

14    to obviously, if the investigation is still in its

15    investigative stage.  And if it's reasonable that it be

16    ongoing for at least some period of time I obviously would

17    consider maintaining that declaration under seal.  But I

18    need to hear from government counsel as to how long it's

19    anticipated this matter will be, being considered by the

20    office of the United States Attorney's Office and the Grand

21    Jury if it's been presented to the Grand Jury.

22             MR. SANDBERG:  Your Honor just briefly.

23    Mr. Cooney will address those questions.  I did want to note

24    at the outset just very briefly as Your Honor I'm sure is

25    aware Exemption 7(a) has no time limit built in.  It's

1    suppose to extend during the pendency of the investigation

2    or while the investigation is reasonably expected.  And

3    there have been cases where it's gone on much, much longer

4    than this like the *D.B. Cooper* hijacking case.  Court upheld

5    invocation 7(a) like 24 years after that incident.

6           So to the extent one thinks there might be sort of

7    a built-in time limitation because at some point you think

8    an investigation is not really going to be happening or ever

9    going to be completed we're not anywhere near that sort of

10   outer boundary.  But with that I will let Mr. Cooney address

11   --

12          THE COURT:  I don't think I'm going to let this

13   going on for 24 years.  I don't think it's that type of a

14   matter.

15          MR. COONEY:  Good morning, Your Honor, J.P. Cooney

16   from the U.S. Attorney's office.  Do you have a specific

17   question or should I just -- I just want to make sure --

18          THE COURT:  Just explain to me what's going on so

19   I have some appreciation as to why it's appropriate to

20   permit this declaration to remain under seal.

21          As I said I understand that sometimes

22   investigations take some time to complete.  On the other

23   hand, I have to, you know, counsel's correct there's no time

24   limit but I think reasonableness is a factor to take into

25   account since on the one hand obviously the government has a

1   right to conduct appropriate investigations regarding

2   potential criminal matters.

3            On the other hand, the American public has a right

4   to know what its government is up to.  And I just think

5   there has to be some reason as to why a matter is going to

6   remain open for how long it's anticipated that will be the

7   case.

8            MR. COONEY:  And so, Your Honor, I will -- my

9   colleague from Federal Programs will address the substantive

10  issues of the law in FOIA.  But with respect to your

11  question about the investigation first, what I can say is

12  that it is ongoing.

13           You have used the word investigations, so I want

14  to make sure I'm candid with the Court and that there's no

15  confusion about what I mean by investigation.  There are

16  some minor investigative steps that have been taken recently

17  and are continuing to be taken.  However, it is fair to say

18  that we are more in a decisional phase than what we would

19  traditionally call an investigative phase.

1

2

3

4          I know that your real central question really

5    doesn't related to that background as much as it is what the

6    time frame is.  And it is impossible for me to put a firm

7    time frame on it.  I can assure you, Your Honor, that career

8    prosecutors are looking at this matter very carefully.  And

9    we are nearing a decision, but for me to put a date on that

10   is very difficult.

11          THE COURT:  I mean 30 days?  Sixty days?  You just

12   don't have any idea?

13          MR. COONEY:  To be fair I don't want to say I

14   don't have any idea because I do think that a decision is

15   sooner rather than further, but I could not assure the Court

16   standing here today that 30 days would be, that within 30

17   days there will be a final decision and that there will be

18   action on that decision.  I think 60 days is more likely.

19   But it is also difficult for me to assure the Court in a

20   matter like this once a decision is made that even within 60

21   days that that decision will be acted on depending on what

22   that decision is.

23          I apologize if that sounds, I don't mean to be coy

24   at all, but there are -- once a decision is made in a matter

25   like this there is often a number of steps that are taken

1   thereafter before the decision is well known.

2           THE COURT:  Very well.  I understand.  I served in

3   that office for a long time, and was the executive assistant

4   who was involved in ultimate questions about whether a case

5   should move forward, some extremely complex matters.  So I

6   appreciate sometimes it takes time for a decision to be

7   made.  So I will continue the matter for 60 days, and have

8   counsel report back to me at that time if no action has been

9   taken to see whether I think that additional time to

10  maintain the matter under seal is appropriate.

11          MR. COONEY:  Thank you, Your Honor.

12          THE COURT:  Okay.  We can have counsel come back

13  in.

14          [Plaintiff counsel reenters the courtroom.]

15          THE COURT:  Okay.  Based upon my discussions

16  ex parte with government counsel regarding this matter, and

17  to what extent I should continue to permit a submission made

18  to the Court to be maintained under seal, I do conclude that

19  the representations made by government counsel do afford a

20  sufficient basis to continue at this point to maintain the

21  submission made by government counsel under seal.

22          I will as I indicated to government counsel

23  closely monitor this matter.  And based upon what was

24  represented I think that a further continuance maintaining

25  the document under seal for an additional 60 days is

1   appropriate.

2          I'm sure that plaintiff doesn't agree with that,

3   and it's unfortunate that the discussions have to be under

4   seal, but in order to advance the objectives of the Freedom

5   of Information Act exceptions I have concluded that ex parte

6   submissions or representations were appropriate.  And

7   therefore to protect the interest of the government as it

8   relates to the exemption that's being claimed I will

9   continue the matter for 60 days.

10          Anything you want to put on the record,

11   plaintiff's counsel?

12          MS. WEISMANN:  Thank you, your Honor.  Just

13   briefly.  I mean obviously we're at a considerable

14   disadvantage not having seen the sealed declaration, but I

15   would submit as we argue in our papers that putting that

16   aside the public record more than adequately demonstrates

17   that the government has not met its burden of showing that

18   these are records complied for law enforcement purpose.

19          And I would direct the Court specifically to the

20   IG Ofelia Perez declaration that was filed on the public

21   record in which she explains that she actually made the call

22   for the IG, that these were records complied for law

23   enforcement investigation, and that she did so based

24   exclusively on the fact that the IG had conducted a

25   misconduct investigation of Mr. McCabe.  And she says in her

1   declaration that it was based on that background that she

2   concluded that they were compiled for a law enforcement

3   purpose.

4          So I would submit, your Honor, that the evidence

5   that the government has offered in this record shows that it

6   was, they relied exclusively on a misconduct investigation.

7   And we have explained in our papers that the case law here

8   in the D.C. Circuit is that when an IG is looking into

9   allegations of employee misconduct that aren't specifically

10  directed to a civil or criminal violation of law that the

11  predicate for Exemption 7 is not met.

12         THE COURT:  I understand that, but you're not

13  suggesting that every IG investigation regarding alleged

14  employee misconduct cannot be associated with some other

15  type of investigation, are you?

16         MS. WEISMANN:  I am not suggesting that, Your

17  Honor.  I am arguing that the records that the OPR initially

18  identified as responsive to our requests and that they

19  referred to the IG for a direct response, meaning that the

20  IG had all the equities in those records, and that the IG

21  treated as records from its misconduct investigation of

22  Mr. McCabe that that is the set of records at issue.

23         And I would draw a distinction between our case

24  and a case that the government relied on in its papers the

25  *John Doe* case, the Supreme Court case.  In that case the

1    request at issue was made directly to the investigating

2    entity that had recompiled the records, and that is not the

3    case here.

4           I can, of course, speculate on what the underlying

5    investigation you know who it's conducting.  But whether I'm

6    right or wrong the bottom line is CREW did not make its

7    request of that entity.  We made our request of OPR.  OPR

8    said we've done a search.  We found in our file records that

9    originated with the IG.  The IG got those records, looked at

10   them and said oh, these are records from our misconduct

11   investigation of Mr. McCabe, their now closed investigation.

12   And they said based on that character, that characteristic

13   they were compiled for law enforcement purpose.

14          I am not suggesting that all IG investigations,

15   you know, never rise to the level of being for a law

16   enforcement purpose, but I think the record here

17   demonstrates that from the outset this was always conceived

18   of as a misconduct investigation.  It was started by the

19   FBI's inspection division when they thought they had

20   evidence that suggested that Mr. McCabe had committed

21   misconduct by lacking candor in his responses to their

22   questions.  They made a referral just of that matter to the

23   IG.

24          The IG opened its own investigation.  Again,

25   though they always framed it as a misconduct investigation.

1   And we know from the public report that they put in the

2   public of their investigation they explain what specific

3   charges they were looking at, and they are all either

4   internal FBI policies or FBI offense codes such as lack of

5   candor.  There's never been a suggestion in that entire

6   record from start to finish that they ever considered

7   whether or not Mr. McCabe had committed a criminal or civil

8   violation.

9          THE COURT:  Any response from government counsel?

10         MR. SANDBERG:  As we point out in our papers these

11  were compiled for a law enforcement purpose in two ways.

12  One way is by the OIG in the course of their initial

13  investigation, and I'm happy to circle back to that.

14         The second way is for the purposes of the ongoing

15  enforcement procedure, which *John Doe Corp versus John Doe*

16  *Agency* says, is a valid indication of that exemption that

17  you don't have to look just at the initial compilation, that

18  compilation captures subsequent compilations.  And there's

19  no suggestion in that case that you can sort of get at

20  documents which are essential to a potential enforcement

21  proceedings by saying oh, but we asked the other agency

22  first before they were, you know, documents essential to an

23  enforcement proceeding were, you know, we asked that agency

24  not the agency involved in the enforcement proceeding.

25  Nothing in *John Doe Corp* suggests there's such a back door

1   to get such documents.

2          THE COURT:  I don't know of any cases that say

3   that if a misconduct investigation is initially conducted

4   that that means that because the initial purpose of the

5   investigation was employee misconduct that those documents

6   can't be covered by 7(a) if during the course of that

7   investigation things occur that convert that into something

8   different.

9          MR. SANDBERG:  That's correct.  And that's where

10  they, that's the sort of *John Doe Corp* point that if they're

11  then compiled for the enforcement proceeding as you're

12  referring to that that allows them to be subject to 7(a).

13  They're not sort of forever kept out of 7(a), because at one

14  point they were being compiled perhaps initially for a

15  different purpose.

16         But in fact here they were being compiled for a

17  law enforcement purpose under the *Stern* test in the D.C.

18  Circuit, which says sort of was the agency involved in

19  looking at a lot specific individual's conduct and does that

20  conduct potentially present criminal liability?  And the OIG

21  was looking at a specific individual's conduct, Mr. McCabe,

22  and that conduct involved lack of candor to the FBI.  So we

23  think both in the initial compilation and in the subsequent

24  compilation we satisfied the complied for law enforcement

25  prerequisite to Exemption 7.

1          I did want to add one other point relevant to the

2     processing rate before I forget, which is just yesterday

3     another FOIA processer began at OIG which would not be

4     remarkable at some agencies, but OIG only has some I think

5     four folks who are involved at all in FOIA and I think two

6     who do it full-time processing.  So they're now going from

7     two full-time processers to someone who spends 2.75 or

8     something.  She has other responsibilities hence the point

9     75.

10          The FOIA processing capacity has increased, so I

11     wanted to apprize the Court of that and I apprized

12     plaintiff's counsel of that before the hearing.

13          MS. WEISMANN:  Your Honor, may I respond?

14          THE COURT:  Yes.

15          MS. WEISMANN:  The language from the D.C. Circuit

16     is as follows; the investigation must focus directly on

17     specific alleged illegal acts which could result in civil or

18     criminal sanctions.  And I think there really is no serious

19     question here as described by the IG itself.  This was not

20     an investigation into specific civil or criminal, that could

21     result in specific civil or criminal sanctions.  From start

22     to finish it was a misconduct investigation that led to

23     Mr. McCabe's termination.  And the fact that subsequently

24     there may have been a referral, for example, to the U.S.

25     Attorney's office for a possible criminal investigation does

1   not negate the character of the initial investigation that

2   was done.

3          Now let me try to explain what I think is the

4   critical difference between this case and the *John Doe* case.

5   The *John Doe* case involved a contractor that was subject to

6   audit by the defense contract audit agency.  It found some

7   irregularities, but nothing was done about them.  Several

8   years later the U.S. Attorney's office opened up a separate

9   criminal investigation.  And through a Grand Jury subpoena

10  they subpoenaed the records from the defense contract audit

11  agency.

12         The contractor then made a FOIA request with the

13  FBI, the entity that had recompiled the records.  And it was

14  under those circumstances that the Supreme Court said the

15  fact that they were originally compiled for a non-law

16  enforcement purpose does not mean that they can never have a

17  law enforcement purpose if they've been recompiled.

18         And, your Honor, again, I go back if we had made

19  our FOIA request that's at issue here if we had made it with

20  the United States Attorney's office who is ever doing an

21  ongoing investigation then I think it would be directly

22  parallel to the *John Doe* case.  But think about it, we asked

23  for records from a closed IG investigation.  Both the OPR

24  and the IG described the responsive records as from that

25  investigation.  And had they just gone ahead and processed

1    them and released them we would have had no idea that they

2    in any way implicated some pending investigation.

3           So I think this is a situation that is harmed

4    that's caused by the government itself by acknowledging in

5    tying these records into another investigation which we

6    haven't even asked for records from, so I think that's a

7    critical difference.

8           And the other thing I would just urge on the issue

9    of harm where I think obviously we are the least prepared to

10   discuss because the government relies exclusively on the

11   Lyon's declaration.  But on harm I think it defies

12   credibility to say as the government appears to be saying

13   that records that come from a closed investigation and that

14   investigation at least as described by the Inspector

15   General's office related exclusively to Mr. McCabe and

16   exclusively to allegations that he had lacked candor, and

17   had not followed FBI policies about speaking to the press

18   and that it resulted in a very detailed report that

19   documents that underlie that investigation that at least by

20   the IG's own description in that investigation pertain only

21   to Mr. McCabe and only to his conduct vis-a-vis a leak

22   investigation into an October 2016 Wall Street Journal

23   article, the notion that revealing further detail would harm

24   an ongoing investigation I submit is implausible on its

25   face.

1          The real concern, the concern that I have

2     articulated before for this Court is that the public is

3     being deprived of the real story here.  And I can't -- I

4     have to acknowledge --

5          THE COURT:  What about the counter balancing

6     concern that the government may have that to release the

7     information could if there is an investigation being

8     conducted compromise that investigation?

9          MS. WEISMANN:  But I guess what I'm saying is the

10    mere fact if they've said that I question how it can

11    compromise the investigation, that's really what I'm asking.

12         THE COURT:  Isn't there a FOIA authority that says

13    that even though information may have been somehow in the

14    public domain doesn't necessarily mean that an exemption in

15    reference to those matters can nonetheless still be

16    asserted?

17         MS. WEISMANN:  Yes, I'm not saying that all

18    information that's been in the public domain there, but I

19    think what's --

20         THE COURT:  And here it's not even in the public

21    domain.  You're just saying it's a part of another component

22    of the Justice Department.  And again, I don't know if any

23    authority that says that if a FOIA request is made of the

24    Department itself that that means that an individual

25    component of the department can't take the position that the

1   matter is exempt.  Because you seem to be conceding that if

2   your request had been made to the U.S. Attorney's office, if

3   they are in fact conducting an investigation, that

4   conceivably the government's position would have merit.

5            MS. WEISMANN:  Right.  But our request, in fact,

6   was made to the FBI's Office of Professional Responsibility.

7   It was a very targeted, specific request to a very specific

8   office.

9            THE COURT:  I think what you've said causes me to

10  have to ask the government a couple more questions to

11  complete the record in the event there's ultimately an

12  appeal of this matter, and I'll have to do that ex parte.

13           MR. SANDBERG:  I just had a few more points.

14           THE COURT:  Yes.

15           MR. SANDBERG:  It doesn't matter whether, you

16  know, if we'd released the records plaintiffs wouldn't have

17  been aware of the investigation.  The question is releasing

18  that information would it have harmed the investigation in

19  some way.  And it's possible to harm an investigation even

20  if plaintiffs don't know that an investigation is ongoing.

21           Second quickly, *John Doe Corp versus John Doe*

22  *Agency* does not suggest that if only the plaintiffs there

23  had filed their FOIA request against the defense contractor

24  agency that things would have come out differently, which as

25  I said would be a weird back door and would undermine the

1  purpose of the 7(a) exemption.  And as we've previously

2  discussed and I'm not going to sort of beat this dead horse,

3  you know, the OIG report tells the whole story.  And so to

4  the extent there's a suggestion that it doesn't, you know,

5  we object to that.

6          And finally, as your Honor noted this information

7  is not in the public domain, and that's specifically the

8  point of what's going on here is what's taken so long in

9  producing this is we go through -- when material is deemed

10 otherwise subject to 7(a) we go through and unredact

11 material that is in the public domain to make sure that

12 we're not withholding material that is in fact in the public

13 domain.

14         THE COURT:  Very well.  I need to have a further

15 short discussion with government counsel ex parte.

16         [Ex parte discussion outside presence of

17 plaintiff's counsel.]

18

19

20

21

22

23

24

25

1

2              THE COURT:  Very well.

3              MR. COONEY:  Thank you.

4              [Thereupon, plaintiff's counsel reenters the

5       courtroom.]

6              THE COURT:  Over objection I will again conclude

7       that it's appropriate to maintain the Lyon's declaration

8       under seal for at least an additional 60-day period.

9       Obviously, if counsel wants to challenge it on appeal that's

10      appropriate, but I think based upon the representations made

11      to me ex parte I do conclude that it's appropriate to

12      maintain the matter under seal.

13             Okay.  That would take us to September 9th.  I am

14      in trial at that time, but we could do it first thing in the

15      morning at 9:15.  Is that good?

16             MS. WEISMANN:  That works for me, your Honor.

17      Thank you.

18             THE COURT:  Government counsel?

19             MR. SANDBERG:  That's fine with the government,

20      your Honor.

21             THE COURT:  Thank you.

22             MS. WEISMANN:  Your Honor, can I ask for a point

23      of clarification?

24             THE COURT:  Yes.

25             MS. WEISMANN:  I think it's obvious, but I just

1   want to be clear.  You are not yet ruling on the

2   applicability of the exemptions just on the declaration?

3   Just that it be filed -- you're allowing it to be filed

4   under seal?

5            THE COURT:  Not a definitive ruling, but I do

6   think based upon the representations made that at least at

7   this stage of proceedings that the exemption does apply for

8   the purpose of the declaration being maintained under seal.

9            MS. WEISMANN:  Thank you, your Honor.

10           THE COURT:  Thank you.

11           [Thereupon, the proceedings adjourned at 3:00

12           p.m.]

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              CERTIFICATE

2              I, Cathryn J. Jones, an Official Court Reporter

3    for the United States District Court of the District of

4    Columbia, do hereby certify that I reported, by machine

5    shorthand, the proceedings had and testimony adduced in the

6    above case.

7              I further certify that the foregoing 20 pages

8    constitute the official transcript of said proceedings as

9    transcribed from my machine shorthand notes.

10             In witness whereof, I have hereto subscribed my

11   name, this the 20th day of November, 2019.

12

13

14

15
                            /s/_Cathryn J. Jones
16                          Cathryn J. Jones, RPR
                            Official Court Reporter
17

18

19

20

21

22

23

24

25

MR. COONEY: [7]  4/14 5/7 6/12 7/10
18/21 18/23 19/2
MR. SANDBERG: [7]  2/10 3/21 11/9
12/8 17/12 17/14 19/18
MS. WEISMANN: [12]  2/7 8/11 9/15
13/12 13/14 16/8 16/16 17/4 19/15
19/21 19/24 20/8
THE COURT: [28]
THE DEPUTY CLERK: [2]  2/1

**.**

**.x [1]**  1/7

**/**

**/s [1]**  21/15

**1**

**1100 [1]**  1/18
**11004 [1]**  1/18
**18-1766-RBW [1]**  1/4
**18-362 [1]**  2/3

**2**

**2.75 [1]**  13/7
**20 [1]**  21/7
**20001 [1]**  1/15
**20005 [1]**  1/18
**2016 [1]**  15/22
**2019 [2]**  1/6 21/11
**20th [1]**  21/11
**24 [2]**  4/5 4/13
**2:33 [1]**  1/7

**3**

**30 [4]**  5/23 6/11 6/16 6/16
**30th [3]**  5/22 5/24 5/24
**333 [1]**  1/22
**362 [1]**  2/3
**3:00 [1]**  20/11

**4**

**455 [1]**  1/14

**6**

**60 [5]**  6/18 6/20 7/7 7/25 8/9
**60-day [1]**  19/8
**6521 [1]**  1/22

**7**

**75 [1]**  13/9

**9**

**9:15 [1]**  19/15
**9th [1]**  19/13

**A**

**about [9]**  2/17 5/11 5/15 6/2 7/4 14/7
14/22 15/17 16/5
**above [1]**  21/6
**account [1]**  4/25
**acknowledge [1]**  16/4
**acknowledging [1]**  15/4
**Act [2]**  3/12 8/5
**acted [1]**  6/21
**action [2]**  2/3 6/18 7/8
**acts [1]**  13/17

**actually [1]**  8/21
**add [1]**  9/11
**additional [3]**  7/9 7/25 19/8
**address [3]**  3/23 4/10 5/9
**adduced [1]**  21/5
**adequately [1]**  8/16
**adjourned [1]**  20/11
**advance [1]**  8/4
**afford [1]**  7/19
**after [1]**  4/5
**afternoon [4]**  2/8 2/10 2/11 2/16
**again [4]**  10/24 14/18 16/22 19/6
**against [1]**  17/23
**agencies [1]**  13/4
**agency [9]**  11/16 11/21 11/23 11/24
12/18 14/6 14/11 17/22 17/24
**agree [1]**  8/2
**agreed [1]**  3/4
**ahead [1]**  14/25
**aided [1]**  1/24
**all [6]**  6/24 9/20 10/14 11/3 13/5 16/17
**allegations [2]**  9/9 15/16
**alleged [2]**  9/13 13/17
**allowing [1]**  20/3
**allows [1]**  12/12
**also [2]**  2/12 6/19
**always [2]**  10/17 10/25
**am [5]**  5/23 9/16 9/17 10/14 19/13
**American [2]**  3/13 5/3
**Andrew [1]**  3/3
**Anne [2]**  1/13 2/8
**another [3]**  13/3 15/5 16/21
**anticipated [3]**  3/8 3/19 5/6
**any [7]**  2/6 6/12 6/14 11/9 12/2 15/2
16/22
**anybody [1]**  2/23
**Anything [1]**  8/10
**anywhere [1]**  4/9
**apologize [3]**  5/21 5/25 6/23
**appeal [2]**  17/12 19/9
**appearance [1]**  2/6
**APPEARANCES [1]**  1/12
**appears [1]**  15/12
**applicability [1]**  20/2
**apply [1]**  20/7
**appreciate [1]**  7/6
**appreciation [1]**  4/19
**apprize [1]**  13/11
**apprized [1]**  13/11
**approach [1]**  2/5
**appropriate [11]**  2/20 3/6 4/19 5/1
7/10 8/1 8/6 18/21 19/7 19/10 19/11
**April [2]**  5/22 5/24
**April 30th [1]**  5/22
**are [17]**  5/15 5/17 5/18 6/8 6/9 6/24
6/25 8/18 9/15 10/10 11/3 11/20 13/5
15/9 17/3 19/1 20/1
**aren't [1]**  9/9
**argue [1]**  8/15
**arguing [1]**  9/17
**article [1]**  15/23
**articulated [1]**  16/2
**as [29]**
**aside [1]**  8/16
**ask [4]**  2/5 17/10 18/18 19/22
**asked [4]**  11/21 11/23 14/22 15/6
**asking [1]**  16/11

**asserted [1]**  16/16
**assessing [1]**  9/22
**assistant [2]**  2/14 7/3
**associated [2]**  2/23 9/14
**assure [3]**  6/7 6/15 6/19
**Attorney [2]**  1/16 2/15
**Attorney's [7]**  3/20 4/16 13/25 14/8
14/20 17/2 18/20
**Attorney-at-Law [1]**  1/16
**audit [3]**  14/6 14/6 14/10
**authority [2]**  16/12 16/23
**Avenue [2]**  1/14 1/22
**aware [3]**  3/25 17/17

**B**

**back [7]**  6/2 7/8 7/12 11/13 11/25
14/18 17/25
**background [2]**  6/5 9/1
**balancing [1]**  16/5
**based [7]**  7/15 7/23 8/23 9/1 10/12
19/10 20/6
**basis [1]**  7/20
**be [33]**
**beat [1]**  18/2
**because [8]**  2/17 3/10 4/7 6/14 12/4
12/13 15/10 17/1
**been [11]**  3/21 4/3 5/16 7/8 11/5 13/24
14/17 16/13 16/18 17/2 17/17
**before [9]**  1/10 3/4 3/5 5/25 7/1 11/22
13/2 13/12 16/2
**began [1]**  13/3
**behalf [1]**  2/9
**being [8]**  3/19 5/25 8/8 10/15 12/14
12/16 16/3 16/7 20/8
**believe [2]**  5/22 5/23
**between [2]**  9/23 14/4
**both [2]**  12/23 14/23
**bottom [1]**  10/6
**boundary [1]**  4/10
**Branch [1]**  1/17
**briefly [3]**  3/22 3/24 8/13
**built [2]**  3/25 4/7
**built-in [1]**  4/7
**burden [1]**  8/17

**C**

**call [2]**  5/19 8/21
**calling [1]**  6/2
**came [1]**  5/25
**can [10]**  3/13 5/11 6/7 7/12 10/4 11/19
14/16 16/10 16/15 19/22
**can't [3]**  12/6 16/3 16/25
**candid [1]**  5/14
**candor [4]**  10/21 11/5 12/22 15/16
**cannot [1]**  9/14
**capacity [1]**  13/10
**captures [1]**  11/18
**career [1]**  6/7
**carefully [1]**  6/8
**case [18]**  3/7 4/4 5/7 7/4 9/7 9/23 9/24
9/25 9/25 10/3 11/19 14/4 14/4
14/5 14/22 19/1 21/6
**cases [2]**  4/3 12/2
**Cathryn [4]**  1/21 21/2 21/15 21/16
**caused [1]**  15/4
**causes [1]**  17/9
**central [1]**  6/4

# C

**certain** [1]  5/25
**certainly** [1]  18/25
**CERTIFICATE** [1]  21/1
**certify** [1]  21/4 21/7
**challenge** [1]  19/9
**character** [2]  10/12 14/1
**characteristic** [1]  10/12
**charges** [3]  11/3 18/21 19/1
**Chief** [2]  1/13 6/1
**circle** [1]  11/13
**Circuit** [3]  9/8 12/18 13/15
**circumstances** [1]  14/14
**CITIZENS** [3]  1/3 1/13 2/3
**civil** [7]  1/17 2/2 9/10 11/7 13/17 13/20
  13/21
**claimed** [1]  8/8
**clarification** [1]  19/23
**clear** [1]  20/1
**closed** [3]  10/11 14/23 15/13
**closely** [1]  7/23
**codes** [1]  11/4
**colleague** [1]  5/9
**COLUMBIA** [2]  1/2 21/4
**come** [3]  7/12 15/13 17/24
**committed** [2]  10/20 11/7
**compilation** [4]  11/17 11/18 12/23
  12/24
**compilations** [1]  11/18
**compiled** [7]  9/2 10/13 11/11 12/11
  12/14 12/16 14/15
**complete** [2]  4/22 17/11
**completed** [1]  4/9
**complex** [1]  7/5
**complied** [3]  8/18 8/22 12/24
**component** [2]  16/21 16/25
**compromise** [2]  16/8 16/11
**computer** [1]  1/24
**computer-aided** [1]  1/24
**conceding** [1]  17/1
**conceivably** [1]  17/4
**conceived** [1]  10/17
**concern** [4]  2/21 16/1 16/1 16/6
**conclude** [3]  7/18 19/6 19/11
**concluded** [2]  8/5 9/2
**concluding** [1]  3/5
**conduct** [6]  5/1 12/19 12/20 12/21
  12/22 15/21
**conducted** [3]  8/24 12/3 16/8
**conducting** [2]  10/5 17/3
**CONFERENCE** [1]  1/9
**confirmed** [1]  6/1
**confusion** [1]  5/15
**consider** [1]  3/17
**considerable** [1]  8/13
**consideration** [1]  18/25
**considered** [2]  3/19 11/6
**considering** [1]  18/20
**constitute** [1]  21/8
**Constitution** [1]  1/22
**continuance** [1]  7/24
**continue** [5]  3/6 7/7 7/17 7/20 8/9
**continuing** [1]  5/17
**contract** [2]  14/6 14/10
**contractor** [3]  14/5 14/12 17/23
**convert** [1]  12/7
**Cooney** [4]  2/15 3/23 4/10 4/15

**Cooper** [1]  4/4
**Corporation** [1]  14/6
**correct** [2]  4/23 12/9
**could** [5]  6/15 13/17 13/20 16/7 19/14
**counsel** [23]
**counsel's** [1]  4/23
**counter** [1]  16/5
**couple** [1]  17/10
**course** [3]  10/4 11/12 12/6
**COURT** [17]  1/1 1/21 1/21 1/22 4/4
  5/14 6/15 6/19 7/18 8/19 9/25 13/11
  14/14 16/2 21/2 21/3 21/16
**courtroom** [2]  7/14 19/5
**covered** [1]  12/6
**coy** [1]  6/23
**credibility** [1]  15/12
**CREW** [2]  2/9 10/6
**criminal** [11]  5/2 9/10 11/7 12/20
  13/18 13/20 13/21 13/25 14/9 18/21
  18/25
**critical** [2]  14/4 15/7
**CV** [1]  1/4

# D

**D.B** [1]  4/4
**D.C** [4]  1/5 9/8 12/17 13/15
**date** [1]  6/9
**day** [2]  19/8 21/11
**days** [10]  5/23 6/11 6/11 6/16 6/17
  6/18 6/21 7/7 7/25 8/9
**DC** [2]  1/15 1/18
**dead** [1]  18/2
**decision** [10]  6/9 6/14 6/17 6/18 6/20
  6/21 6/22 6/24 7/1 7/6
**decisional** [1]  5/18
**declaration** [10]  3/4 3/17 4/20 8/14
  8/20 9/1 15/11 19/7 20/2 20/8
**deemed** [1]  18/9
**Defendant** [2]  1/6 1/16
**defense** [3]  14/6 14/10 17/23
**defies** [1]  15/11
**definitive** [1]  20/5
**demonstrates** [2]  8/16 10/17
**department** [8]  1/5 1/17 2/4 2/12 2/13
  16/22 16/24 16/25
**depending** [1]  6/21
**deprived** [1]  16/3
**deputy** [1]  3/3
**described** [3]  13/19 14/24 15/14
**description** [1]  15/20
**designed** [1]  3/12
**detail** [1]  15/23
**detailed** [1]  15/18
**did** [4]  3/23 8/23 10/6 13/1
**difference** [2]  14/4 15/7
**different** [2]  12/8 12/15
**differently** [1]  17/24
**difficult** [2]  6/10 6/19
**direct** [2]  8/19 9/19
**directed** [1]  9/1
**directly** [3]  10/1 13/16 14/21
**director** [1]  3/3
**disadvantage** [1]  8/14
**discuss** [1]  15/10
**discussed** [1]  18/2
**discussion** [2]  2/24 18/15 18/16
**discussions** [2]  7/15 8/3

**distinction** [1]  9/23
**DISTRICT** [6]  1/2 1/11 1/22 21/3
  21/3
**division** [2]  1/17 10/19
**do** [16]  4/16 6/14 7/18 7/19 13/6 17/12
  19/11 19/14 19/14 20/5 21/4
**Docket** [1]  1/4
**document** [2]  7/25 18/19
**documents** [6]  3/2 11/20 11/22 12/1
  12/5 15/19
**Doe** [10]  9/25 11/15 11/15 11/25 12/10
  14/4 14/5 14/22 17/21 17/21
**does** [5]  12/19 13/25 14/16 17/22 20/7
**doesn't** [5]  6/5 8/2 16/14 17/15 18/4
**doing** [1]  14/20
**domain** [6]  16/14 16/18 16/21 18/7
  18/11 18/13
**don't** [10]  4/12 4/13 6/12 6/13 6/14
  6/23 11/17 12/2 16/22 17/20
**done** [3]  10/8 14/2 14/7
**door** [2]  11/25 17/25
**draw** [1]  9/23
**during** [2]  4/1 12/6

# E

**either** [2]  5/24 11/3
**else** [1]  2/23
**employee** [3]  9/9 9/14 12/5
**enforcement** [15]  8/18 8/23 9/2 10/13
  10/16 11/1 11/15 11/20 11/23 11/24
  12/11 12/17 12/24 14/16 14/17
**entire** [1]  11/5
**entity** [3]  10/2 10/7 14/13
**equities** [1]  9/20
**essential** [2]  11/20 11/22
**ETHICS** [3]  1/3 1/14 2/3
**even** [5]  6/20 15/6 16/13 16/20 17/19
**event** [1]  17/11
**ever** [3]  4/8 11/6 14/20
**every** [1]  9/13
**evidence** [2]  9/4 10/20
**ex** [8]  2/21 2/24 7/16 8/5 17/12 18/15
  18/16 19/11
**ex parte** [1]  7/16
**example** [1]  13/24
**exceptions** [1]  8/5
**exclusively** [5]  8/24 9/6 15/10 15/15
  15/16
**executive** [1]  7/3
**exempt** [1]  17/1
**exemption** [8]  3/25 8/8 9/11 11/16
  12/25 16/14 18/1 20/7
**exemptions** [1]  20/2
**expected** [1]  4/2
**expired** [2]  5/21 5/21
**explain** [3]  4/18 11/2 14/3
**explained** [1]  9/7
**explains** [1]  8/21
**extend** [1]  4/1
**extent** [3]  4/6 7/17 18/4
**extremely** [1]  7/5

# F

**face** [1]  15/25
**fact** [9]  5/23 8/24 12/16 13/23 14/15
  16/10 17/3 17/5 18/12
**factor** [1]  4/24

## F

fair [2]  5/17 6/13
FBI [6]  3/3 11/4 11/4 12/22 14/13 15/17
FBI's [2]  10/19 17/6
Federal [2]  1/17 5/9
few [1]  17/13
file [1]  10/8
filed [5]  3/5 8/20 17/23 20/3 20/3
final [1]  6/17
finally [1]  18/6
fine [1]  19/19
finish [2]  11/6 13/22
firm [1]  6/6
first [3]  5/11 11/22 19/14
focus [1]  13/16
FOIA [11]  1/13 3/2 5/10 13/3 13/5 13/10 14/12 14/19 16/12 16/23 17/23
folks [1]  13/5
followed [1]  15/17
follows [1]  13/16
foregoing [1]  21/7
forever [1]  12/13
forget [1]  13/2
former [1]  3/3
forward [1]  7/5
found [2]  10/8 14/6
four [1]  13/5
frame [2]  6/6 6/7
framed [1]  10/25
Freedom [2]  3/11 8/4
full [2]  13/6 13/7
full-time [2]  13/6 13/7
further [5]  6/15 7/24 15/23 18/14 21/7

## G

General [1]  2/14
General's [1]  15/15
get [3]  3/7 11/19 12/1
go [4]  3/10 14/18 18/9 18/10
going [10]  2/5 4/8 4/9 4/12 4/13 4/18 5/5 13/6 18/2 18/8
gone [2]  4/3 14/25
good [6]  2/8 2/10 2/11 2/16 4/15 19/15
got [1]  10/9
government [24]
government's [1]  17/4
Grand [4]  3/20 3/21 5/20 14/9
guess [1]  16/9

## H

had [20]  2/17 2/21 3/4 8/24 9/20 10/2 10/19 10/20 11/7 14/13 14/18 14/19 14/25 15/1 15/16 15/17 17/2 17/13 17/23 21/5
hand [3]  4/23 4/25 5/3
happening [1]  4/8
happy [1]  11/13
harm [4]  15/9 15/11 15/23 17/19
harmed [2]  15/3 17/18
has [12]  3/25 4/25 5/3 5/5 5/21 6/1 7/8 8/17 9/5 13/4 13/8 13/10
have [31]
haven't [1]  15/6
having [1]  8/14
he [1]  15/16
hear [2]  2/20 3/18

hearing [2]  3/4 13/12
hence [1]  3/15
Hensler [1]  2/13
her [1]  8/25
here [10]  6/16 9/7 10/3 10/16 12/16 13/19 14/19 16/3 16/20 18/8
hereby [1]  21/4
hereto [1]  21/10
hijacking [1]  4/4
his [2]  10/21 15/21
Honor [20]  2/2 2/8 2/11 3/22 3/24 4/15 5/8 5/21 6/7 7/11 8/12 9/4 9/17 13/3 14/18 18/6 19/16 19/20 19/22 20/9
HONORABLE [1]  1/10
horse [1]  18/2
how [5]  3/6 3/8 3/18 5/6 6/10
Howell [1]  6/1
However [1]  5/17

## I

I'll [2]  2/22 17/12
I'm [10]  3/24 4/12 5/14 8/2 10/5 11/13 16/9 16/11 16/17 18/2
idea [3]  6/12 6/14 15/1
identified [1]  9/18
IG [16]  8/20 8/22 8/24 9/8 9/13 9/19 9/20 9/20 10/9 10/9 10/14 10/23 10/24 13/19 14/23 14/24
IG's [1]  15/20
illegal [1]  13/17
implausible [1]  15/24
implicated [1]  15/2
impossible [1]  6/6
incident [1]  4/5
increased [1]  13/10
indicated [1]  7/22
indication [1]  11/16
individual [1]  16/24
individual's [2]  12/19 12/21
infinitum [1]  3/11
information [10]  3/12 8/5 16/7 16/13 16/18 17/18 18/6 18/22 18/23 18/24
initial [5]  11/12 11/17 12/4 12/23 14/1
initially [3]  9/17 12/3 12/14
inquire [1]  12/1
insight [1]  3/7
inspection [1]  10/19
Inspector [2]  2/14 15/14
interest [1]  8/7
internal [1]  11/4
introduce [1]  2/6
investigating [2]  5/20 10/1
investigation [51]
investigations [4]  4/22 5/1 5/13 10/14
investigative [4]  3/15 5/16 5/19 18/19
invocation [1]  4/5
involved [6]  7/4 11/24 12/18 12/22 13/5 14/5
irregularities [1]  14/7
is [68]
isn't [1]  16/12
issue [4]  9/22 10/1 14/19 15/8
issues [1]  5/10
it [36]
it's [18]  2/20 3/8 3/15 3/18 3/21 3/25 4/3 4/13 4/19 5/6 8/3 10/5 16/20 16/21 17/19 19/7 19/11 19/25

its [9]  3/13 3/14 5/4 8/17 9/21 9/24 10/6 10/6 14/22
itself [4]  13/19 15/4 16/24 18/22

## J

J.P [2]  2/15 4/15
John [10]  9/25 11/15 11/15 11/25 12/10 14/4 14/5 14/22 17/21 17/21
Jones [4]  1/21 21/2 21/15 21/16
Journal [1]  15/22
JUDGE [3]  1/10 1/11 6/1
July [1]  1/6
Jury [4]  3/21 3/21 5/20 14/9
just [19]  3/22 3/24 4/17 4/17 4/18 5/4 6/11 8/12 10/22 11/17 13/2 14/25 15/8 16/21 17/13 18/18 19/25 20/2 20/3
JUSTICE [6]  1/5 1/17 2/4 2/12 2/14 16/22
Justin [2]  1/16 2/11

## K

kept [1]  12/13
know [15]  3/13 4/23 5/4 6/4 10/5 10/15 11/1 11/22 11/23 12/2 16/22 17/16 17/20 18/3 18/4
known [1]  7/1
knows [1]  3/1

## L

lack [2]  11/4 12/22
lacked [1]  15/16
lacking [1]  10/21
language [1]  13/15
last [1]  3/3
later [1]  14/8
law [14]  1/16 5/10 8/18 8/22 9/2 9/7 9/10 10/13 10/15 11/11 12/17 12/24 14/15 14/17
leak [1]  15/21
least [2]  2/18 3/16 15/9 15/14 15/19 19/8 20/6
led [1]  13/22
let [4]  4/10 4/12 14/3 18/18
level [1]  10/15
liability [1]  12/20
like [4]  4/4 4/5 6/20 6/25
likely [1]  6/18
limit [2]  3/25 4/24
limitation [1]  4/7
line [1]  10/6
long [6]  3/6 3/8 3/18 5/6 7/3 18/8
longer [1]  4/3
look [1]  11/17
looked [2]  5/24 10/9
looking [5]  6/8 9/8 11/3 12/19 12/21
lot [1]  12/19
Lyon's [2]  15/11 19/7

## M

machine [3]  1/24 21/4 21/9
made [19]  2/19 6/20 6/24 7/7 7/17 7/19 7/21 8/21 10/1 10/7 10/22 14/12 14/18 14/19 16/23 17/2 17/6 19/10 20/6
Madeleine [1]  2/13
maintain [5]  2/19 7/10 7/20 19/7 19/12
maintained [2]  7/18 20/8

**M**

**maintaining [2]** 3/17 7/24
**make [4]** 4/17 5/14 10/6 18/11
**Massachusetts [1]** 1/14
**material [3]** 18/9 18/11 18/12
**matter [21]** 2/16 3/1 3/8 3/19 4/14 5/5 5/20 5/23 6/8 6/20 6/24 7/7 7/10 7/16 7/23 8/9 10/22 17/1 17/12 17/15 19/12
**matters [3]** 5/2 7/5 16/15
**may [7]** 5/22 5/22 5/24 13/13 13/24 16/6 16/13
**McCabe [9]** 3/3 8/25 9/22 10/11 10/20 11/7 12/21 15/15 15/21
**McCabe's [1]** 13/23
**me [12]** 2/12 2/19 4/18 6/6 6/9 6/19 7/8 14/3 17/9 18/18 19/11 19/16
**mean [6]** 5/15 6/11 6/23 8/13 14/16 16/14
**meaning [1]** 9/19
**means [3]** 3/12 12/4 16/24
**mere [1]** 16/10
**merit [1]** 17/4
**met [2]** 8/17 9/11
**might [1]** 4/6
**minor [1]** 5/16
**misconduct [12]** 8/25 9/6 9/9 9/14 9/21 10/10 10/18 10/21 10/25 12/3 12/5 13/22
**monitor [1]** 7/23
**more [5]** 5/18 6/18 8/16 17/10 17/13
**morning [2]** 4/15 19/15
**move [1]** 7/5
**Mr [3]** 4/10 10/11 15/15
**Mr. [8]** 3/23 8/25 9/22 10/20 11/7 12/21 13/23 15/21
**Mr. Cooney [1]** 3/23
**Mr. McCabe [6]** 8/25 9/22 10/20 11/7 12/21 15/21
**Mr. McCabe's [1]** 13/23
**much [3]** 4/3 4/3 6/5
**must [1]** 13/16
**my [4]** 5/8 7/15 21/9 21/10

**N**

**N.W [1]** 1/22
**name [1]** 21/11
**near [1]** 4/9
**nearing [1]** 6/9
**necessarily [1]** 16/14
**necessary [1]** 6/3
**need [2]** 3/18 18/14
**negate [1]** 14/1
**never [3]** 10/15 11/5 14/16
**no [8]** 1/4 3/25 4/23 5/14 7/8 11/19 13/18 15/1
**non [1]** 14/15
**non-law [1]** 14/15
**nonetheless [1]** 16/15
**not [29]**
**note [1]** 3/23
**noted [1]** 18/6
**notes [1]** 21/9
**nothing [2]** 11/25 14/7
**notion [1]** 15/23
**November [1]** 21/11
**now [3]** 10/11 13/6 14/3
**number [1]** 6/25

**NW [2]** 1/14 1/18

**O**

**object [1]** 18/5
**objection [1]** 19/6
**objectives [1]** 8/4
**obvious [1]** 19/25
**obviously [6]** 3/14 3/16 4/25 8/13 15/9 19/9
**occur [1]** 12/7
**October [1]** 15/22
**October 2016 [1]** 15/22
**Ofelia [1]** 8/20
**offense [1]** 11/4
**offered [1]** 9/5
**office [13]** 2/14 3/20 3/20 4/16 7/3 13/25 14/8 14/20 15/15 17/2 17/6 17/8 18/20
**official [4]** 1/21 21/2 21/8 21/16
**often [1]** 6/25
**oh [2]** 10/10 11/21
**OIG [6]** 11/12 12/20 13/3 13/4 18/3 18/19
**Okay [3]** 7/12 7/15 19/13
**once [2]** 6/20 6/24
**one [5]** 4/6 4/25 11/12 12/13 13/1
**ongoing [7]** 3/9 3/16 5/12 11/14 14/21 15/24 17/20
**only [4]** 13/4 15/20 15/21 17/22
**open [1]** 5/6
**opened [2]** 10/24 14/8
**OPR [4]** 9/17 10/7 10/7 14/23
**order [2]** 2/22 8/4
**originally [1]** 14/15
**originated [1]** 10/9
**other [7]** 4/22 5/3 9/14 11/21 13/1 13/8 15/8
**otherwise [1]** 18/10
**our [11]** 8/15 9/7 9/18 9/23 10/7 10/8 10/10 11/10 14/19 17/5 18/25
**out [3]** 11/10 12/13 17/24
**outer [1]** 4/10
**outset [2]** 3/24 10/17
**outside [3]** 2/23 2/24 18/16
**Over [1]** 19/6
**own [2]** 10/24 15/20

**P**

**p.m [2]** 1/7 20/12
**pages [1]** 21/7
**papers [4]** 8/15 9/7 9/24 11/10
**parallel [1]** 14/22
**part [2]** 16/21 18/25
**parte [8]** 2/21 2/24 7/16 8/5 17/12 18/15 18/16 19/11
**parties [1]** 2/6
**pendency [1]** 4/1
**pending [1]** 15/2
**Perez [1]** 8/20
**perhaps [1]** 12/14
**period [2]** 3/16 19/8
**permit [4]** 3/4 3/10 4/20 7/17
**pertain [1]** 5/19
**phase [2]** 5/18 5/19
**plaintiff [5]** 1/4 1/13 2/22 7/14 8/2
**plaintiff's [5]** 2/25 8/11 13/12 18/17 19/4

**plaintiffs [4]** 2/23 17/16 17/20 17/22
**please [2]** 2/5
**podium [1]** 2/5
**point [10]** 2/18 4/7 7/20 11/10 12/10 12/14 13/1 13/8 18/8 19/22
**points [1]** 17/13
**policies [2]** 11/4 15/17
**position [2]** 16/25 17/4
**possibility [1]** 6/2
**possible [2]** 13/25 17/19
**potential [2]** 5/2 11/20
**potentially [1]** 12/20
**predicate [2]** 2/19 9/11
**prepared [1]** 15/9
**prerequisite [1]** 12/25
**presence [2]** 2/24 18/16
**present [1]** 12/20
**presented [1]** 3/21
**press [1]** 15/17
**previously [1]** 18/1
**procedure [1]** 11/15
**proceeding [3]** 11/23 11/24 12/11
**proceedings [6]** 1/24 11/21 20/7 20/11 21/5 21/8
**processed [1]** 14/25
**processer [1]** 13/3
**processers [1]** 13/7
**processing [3]** 13/2 13/6 13/10
**produced [1]** 1/24
**producing [1]** 18/9
**Professional [1]** 17/6
**Programs [2]** 1/17 5/9
**prosecutor [1]** 3/7
**prosecutors [1]** 6/8
**protect [1]** 8/7
**provide [1]** 3/12
**public [13]** 3/13 5/3 8/16 8/20 11/1 11/2 16/2 16/14 16/18 16/20 18/7 18/11 18/12
**purpose [13]** 3/11 8/18 9/3 10/13 10/16 11/11 12/4 12/15 12/17 14/16 14/17 18/1 20/8
**purposes [1]** 11/14
**put [4]** 6/6 6/9 8/10 11/1
**putting [1]** 8/15

**Q**

**question [7]** 2/17 4/17 5/11 6/4 13/19 16/10 17/17
**questions [4]** 3/23 7/4 10/22 17/10
**quickly [1]** 17/21

**R**

**rate [1]** 13/2
**rather [1]** 6/15
**RBW [1]** 1/4
**real [3]** 6/4 16/1 16/3
**really [5]** 3/11 4/8 6/4 13/18 16/11
**reason [1]** 5/5
**reasonable [1]** 3/15
**reasonableness [1]** 4/24
**reasonably [1]** 4/2
**recently [1]** 5/16
**recompiled [3]** 10/2 14/13 14/17
**record [8]** 2/6 8/10 8/16 8/21 9/5 10/16 11/6 17/11
**recorded [1]** 1/24

## R

**records** [18]  8/18 8/22 9/17 9/20 9/21
9/22 10/2 10/8 10/9 10/10 14/10 14/13
14/23 14/24 15/5 15/6 15/13 17/16
**reenters** [2]  7/14 19/4
**reference** [1]  16/15
**referral** [2]  10/22 13/24
**referred** [1]  9/19
**referring** [1]  12/12
**regarding** [4]  2/21 5/1 7/16 9/13
**regards** [1]  3/11
**REGGIE** [1]  1/10
**related** [3]  3/2 6/5 15/15
**relates** [1]  8/8
**release** [1]  16/6
**released** [2]  15/1 17/16
**releasing** [1]  17/17
**relevant** [1]  13/1
**relied** [2]  9/6 9/24
**relies** [1]  15/10
**remain** [2]  4/20 5/6
**remarkable** [1]  13/4
**report** [8]  7/8 11/1 15/18 18/3 18/19
18/22 18/23 18/24
**reported** [1]  21/4
**Reporter** [4]  1/21 1/21 21/2 21/16
**representations** [4]  7/19 8/6 19/10
20/6
**represented** [1]  7/24
**request** [11]  3/2 10/1 10/7 10/7 14/12
14/19 16/23 17/2 17/5 17/7 17/23
**requests** [1]  9/18
**respect** [1]  5/10
**respond** [1]  13/13
**response** [2]  9/19 11/9
**responses** [1]  10/21
**responsibilities** [1]  13/8
**RESPONSIBILITY** [4]  1/3 1/13 2/3
17/6
**responsive** [2]  9/18 14/24
**result** [2]  13/17 13/21
**resulted** [1]  15/18
**revealing** [1]  15/23
**right** [4]  5/1 5/3 10/6 17/5
**rise** [1]  10/15
**Room** [2]  1/18 1/22
**RPR** [2]  1/21 21/16
**ruling** [2]  20/1 20/5

## S

**said** [9]  4/21 10/8 10/10 10/12 14/14
16/10 17/9 17/25 21/8
**sanctions** [2]  13/18 13/21
**Sandberg** [2]  1/16 2/12
**satisfied** [1]  12/24
**say** [5]  5/11 5/17 6/13 12/2 15/12
**saying** [5]  11/21 15/12 16/9 16/17
16/21
**says** [5]  8/25 11/16 12/18 16/12 16/23
**seal** [13]  2/20 3/5 3/17 4/20 7/10 7/18
7/21 7/25 8/4 19/18 19/12 20/4 20/8
**sealed** [1]  8/14
**search** [1]  10/8
**second** [2]  11/14 17/21
**see** [1]  7/9
**seem** [1]  17/1
**seen** [1]  8/14

**SENIOR** [1]  1/10
**separate** [1]  11/3
**September** [1]  19/13
**September 9th** [1]  19/13
**serious** [1]  13/18
**served** [1]  7/2
**set** [2]  2/16 9/22
**Several** [1]  14/7
**she** [6]  8/21 8/21 8/23 8/25 9/1 13/8
**short** [1]  18/15
**shorthand** [3]  1/24 21/5 21/9
**should** [5]  3/5 4/17 5/24 7/5 7/17
**showing** [1]  8/17
**shows** [1]  9/5
**sic** [1]  2/3
**since** [3]  2/18 3/12 4/25
**situation** [1]  15/3
**Sixty** [1]  6/11
**so** [16]  2/21 4/6 4/18 5/8 5/13 7/5 7/7
8/23 9/4 12/22 13/6 13/10 15/3 15/6
18/3 18/8
**some** [14]  3/7 3/16 4/7 4/19 4/22 5/5
5/16 7/5 9/14 13/4 13/4 14/6 15/2
17/19
**somehow** [1]  16/13
**someone** [1]  13/7
**something** [2]  12/7 13/8
**sometimes** [2]  4/21 7/6
**sooner** [1]  6/15
**sort** [7]  4/6 4/9 4/11/19 12/10 12/13
12/18 18/2
**sounds** [1]  6/23
**speaking** [1]  15/17
**specific** [9]  4/16 11/2 12/19 12/21
13/17 13/20 13/21 17/17 18/7
**specifically** [3]  8/19 9/9 18/7
**speculate** [1]  10/4
**spends** [1]  13/7
**stage** [2]  3/15 20/7
**standing** [1]  6/16
**start** [2]  11/6 13/21
**started** [1]  10/18
**state** [1]  2/6
**STATES** [6]  1/1 1/11 3/20 14/20 18/20
21/3
**status** [2]  1/9 3/8
**steps** [2]  5/16 6/25
**Stern** [1]  12/17
**still** [2]  3/14 16/15
**story** [2]  16/3 18/3
**Street** [2]  1/18 15/22
**subject** [3]  12/12 14/5 18/10
**submission** [3]  2/19 7/17 7/21
**submissions** [1]  8/6
**submit** [3]  8/15 9/4 15/24
**subpoena** [1]  14/9
**subpoenaed** [1]  14/10
**subscribed** [1]  21/10
**subsequent** [2]  11/18 12/23
**subsequently** [1]  13/23
**substantive** [1]  5/9
**such** [3]  11/4 11/25 12/1
**sufficient** [2]  2/18 7/20
**suggest** [1]  17/22
**suggested** [1]  10/20
**suggesting** [3]  9/13 9/16 10/14
**suggestion** [1]  11/5 11/19 18/4

**suggests** [1]  11/25
**suppose** [1]  20/3
**Supreme** [2]  9/25 14/14
**sure** [5]  3/24 4/17 5/14 8/2 18/11

## T

**table** [2]  2/7 2/13
**take** [4]  4/22 4/24 16/25 19/13
**taken** [5]  5/16 5/17 6/25 7/9 18/8
**takes** [1]  7/6
**targeted** [1]  17/7
**tells** [1]  18/3
**termination** [1]  13/23
**test** [1]  12/17
**testimony** [1]  21/5
**than** [4]  4/4 5/18 6/15 8/16
**Thank** [8]  7/11 8/12 19/3 19/5 19/17
19/21 20/9 20/10
**that** [178]
**that's** [12]  8/8 12/9 12/9 12/10 14/19
15/4 15/6 16/11 16/18 18/7 19/9 19/19
**their** [5]  10/11 10/21 11/2 11/12 17/23
**them** [5]  10/10 12/12 14/7 15/1 15/1
**then** [3]  12/11 14/12 14/21
**there** [15]  2/18 4/3 4/6 5/5 5/15 6/17
6/17 6/24 6/25 13/18 13/24 16/7 16/12
16/18 17/22
**there's** [7]  4/23 5/14 11/5 11/18 11/25
17/11 18/4
**thereafter** [1]  7/1
**therefore** [1]  8/7
**Thereupon** [2]  19/4 20/11
**these** [5]  8/18 8/22 10/10 11/10 15/5
**they** [24]
**they're** [3]  12/10 12/13 13/6
**they've** [2]  14/17 16/10
**thing** [2]  15/8 19/14
**things** [2]  12/7 17/24
**think** [28]
**thinks** [1]  4/6
**this** [29]
**those** [6]  3/23 9/20 10/9 12/5 14/14
16/15
**though** [2]  10/25 16/13
**thought** [2]  3/6 10/19
**through** [3]  3/24 14/9 18/9 18/10
**time** [14]  3/16 3/25 4/7 4/22 4/23 6/6
6/7 7/3 7/6 7/8 7/9 13/6 13/7 19/14
**today** [1]  6/16
**traditionally** [1]  5/19
**transcribed** [1]  21/9
**transcript** [3]  1/9 1/24 21/8
**transcription** [1]  1/24
**treated** [1]  9/21
**trial** [1]  19/14
**try** [1]  14/3
**two** [3]  11/11 13/5 13/7
**tying** [1]  15/5
**type** [2]  4/13 9/15

## U

**U.S** [10]  1/5 1/17 1/22 2/4 2/13 2/14
4/16 13/24 14/8 17/2
**ultimate** [1]  7/4
**ultimately** [1]  17/11
**under** [15]  2/20 3/5 3/17 4/20 7/10
7/18 7/21 7/25 8/3 12/17 14/14 19/8

## U

**under... [3]** 19/12 20/4 20/8
**undercuts [1]** 3/11
**underlie [1]** 15/19
**underlying [1]** 10/4
**undermine [1]** 17/25
**understand [3]** 4/21 7/2 9/12
**unfortunate [1]** 8/3
**UNITED [6]** 1/1 1/11 3/20 14/20 18/19
21/3
**unredact [1]** 18/10
**up [4]** 3/13 5/4 5/25 14/8
**upheld [1]** 4/4
**upon [4]** 7/15 7/23 19/10 20/6
**urge [1]** 15/8
**us [1]** 19/13
**used [1]** 5/13

## V

**valid [1]** 11/16
**versus [3]** 2/4 11/15 17/21
**very [9]** 3/24 6/8 6/10 7/2 15/18 17/7
17/7 18/14 19/2
**violation [2]** 9/10 11/8
**vis [2]** 15/21 15/21
**vis-a-vis [1]** 15/21

## W

**wait [1]** 2/22
**Wall [1]** 15/22
**WALTON [1]** 1/10
**want [7]** 3/23 4/17 5/13 6/13 8/10 13/1
20/1
**wanted [1]** 13/11
**wants [1]** 19/9
**warranted [1]** 19/1
**was [23]**
**WASHINGTON [6]** 1/3 1/5 1/14 1/15
1/18 2/4
**way [4]** 11/12 11/14 15/2 17/19
**ways [1]** 11/11
**we [24]**
**we'd [1]** 17/16
**we're [3]** 4/9 8/13 18/12
**we've [2]** 10/8 18/1
**weird [1]** 17/25
**Weismann [2]** 1/13 2/9
**well [4]** 7/1 7/2 18/14 19/2
**were [11]** 8/6 8/22 9/2 10/13 11/3
11/11 11/22 11/23 12/14 12/16 14/15
**what [17]** 3/7 3/13 5/4 5/11 5/15 5/18
6/5 6/21 7/17 7/23 10/4 11/2 14/3 16/5
16/9 16/11 17/9
**what's [4]** 4/18 16/19 18/8 18/8
**when [3]** 9/8 10/19 18/9
**where [3]** 4/3 12/9 15/9
**whereof [1]** 21/10
**whether [8]** 7/4 7/9 10/5 11/7 17/15
18/18 18/20 18/25
**which [10]** 3/13 8/21 11/15 11/20
12/18 13/2 13/3 13/17 15/5 17/24
**while [1]** 4/2
**who [6]** 7/4 10/5 13/5 13/6 13/7 14/20
**whole [1]** 18/3
**why [2]** 4/19 5/5
**will [14]** 3/9 3/19 3/23 4/10 5/6 5/8 5/9
6/17 6/17 6/21 7/7 7/22 8/8 19/6

**withholding [1]** 18/12
**within [2]** 18/16 19/21
**witness [1]** 21/10
**word [1]** 5/13
**works [1]** 19/16
**would [19]** 3/16 5/18 6/16 8/15 8/19
9/4 9/23 13/3 14/21 15/1 15/8 15/23
17/4 17/18 17/24 17/25 17/25 18/21
19/13
**wouldn't [1]** 17/16
**wrong [3]** 5/22 5/23 10/6

## Y

**years [3]** 4/5 4/13 14/8
**Yes [4]** 13/14 16/17 17/14 19/24
**yesterday [1]** 13/2
**yet [1]** 20/1
**you [27]**
**you're [4]** 9/12 12/11 16/21 20/3
**you've [1]** 17/9
**your [25]**