# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 1:18-cv-1766-RBW |

## JOINT STATUS REPORT

On April 21, 2020, the Court granted Defendant's unopposed motion to stay the Federal Bureau of Investigation's (FBI's) FOIA processing deadlines, and ordered "that, within seven days of the FBI resuming its Freedom of Information Act processing obligations, the parties shall file a joint status report proposing a schedule governing further proceedings in this case."

The FBI resumed processing operations on April 29, 2020, but not at a normal level, and the parties accordingly propose the following: (i) the FBI process documents in this case to the extent possible in light of the current operational limitations; (ii) the Office of Inspector General (OIG), to which the FBI has referred some documents and which has consulted with the FBI on others, continue processing in accord with the Court's November 15, 2019 processing order, ECF No. 38, to the extent possible; and (iii) the parties file another joint status report, on June 5, 2020, at which point the FBI will have a clearer sense of its processing capabilities.

On April 29, 2020, the FBI resumed FOIA processing operations for the first time since March 17, 2020. But the FBI's FOIA processing operations, which are performed primarily by the Records/Information Dissemination Sections (RIDS), are not back to normal. "To maximize social distancing, no more than 1/3 of RIDS employees will be permitted to work on any given day." Declaration of David Hardy

1

(Hardy Decl.), RIDS Section Chief, April 24, 2020, ¶ 18 (attached as Exh. 1). RIDS employees have been divided up into three teams that will work on alternating days. *Id*. Thus, for example, if Team A works on May 4, Team B will work on May 5, and Team C will work on May 6. *Id*. Moreover, not all employees are available to return to work, for example, "approximately 15% of the workforce has self-identified as being higher risk for severe illness," and these employees will remain on leave. *Id*. ¶ 19. Also, "other employees may be unable to report to work because schools and day care facilities are closed." *Id*. Because of these and other factors, the FBI is resuming FOIA processing in only a "limited fashion." *Id*. ¶ 21. And, at this time, the FBI is uncertain about the precise extent of these limitations or what their effect will be on its processing ability. Thus, while the FBI will process and produce documents to the extent possible, it is not clear, at this point, what to expect from those efforts.

For its part, OIG will continue processing records in accord with the Court's November 15, 2019 processing order, ECF No. 38, to the extent possible. That said, OIG cannot, on its own, without the involvement of the FBI, complete the FOIA processing and production for this case (e.g., FBI records that have been sent to the OIG on a consult basis can be processed by OIG for any equities it might have, but must be produced by the FBI, see 28 U.S.C. § 16.4(a)).

In light of the uncertainty about the pace at which the FBI will be able to process and produce records, the parties propose that they another joint status report on June 5, 2020, at which point the FBI will have a better sense of its processing capacity, and by extension, an enhanced ability to estimate deadlines for completing the processing and production of records in this case.

Date: May 4, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

    *s/Justin M. Sandberg*
JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street NW, Room 11004
Washington, DC  20005
Tel.: (202) 514-5838
Fax:  (202) 616-8460
Email: justin.sandberg@usdoj.gov

*Counsel for Defendant*


/s/ Anne L. Weismann
Anne L. Weismann
(D.C. Bar No. 298190)
Adam J. Rappaport
(D.C. Bar No. 479866)
Citizens for Responsibility and Ethics in Washington
1101 K Street, N.W., Suite 201
Washington, D.C. 20005
Phone: (202) 408-5565
Facsimile: (202) 588-5020

*Attorneys for Plaintiff*