**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY** | ) | |
| **AND ETHICS IN WASHINGTON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1766 (RBW) |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

By Minute Order dated July 14, 2020, the Court ordered the parties to submit a joint status report by October 5, 2020, advising the Court on the status of defendant's processing and production of documents responsive to plaintiff's Freedom of Information Act request at issue and proposing a schedule to govern further proceedings in this case. The parties hereby respond.

First, defendant has completed processing and production of all responsive, non-exempt records and plaintiff has no remaining issues concerning either the searches performed or the exemptions claimed. Accordingly, there is no need to schedule merits briefing in this case.

Second, the parties are engaged in ongoing discussions about whether they can resolve the issue of attorney's fees without court involvement. To allow that process to continue, the parties respectfully submit that they be given until November 2, 2020 to submit another status report updating the Court on the status of those discussions.

Dated: October 2, 2020                    Respectfully submitted,

                                            */s/ Anne L. Weismann*

Anne L. Weismann
(D.C. Bar No. 298190)
6117 Durbin Road
Bethesda, MD  20817
Phone: 301-717-6610
Weismann.anne@gmail.com

Adam J. Rappaport
(D.C. Bar No. 479866)
Citizens for Responsibility and Ethics
in Washington
1101 K Street, N.W., Suite 201
Washington, D.C.  20001
Phone: (202) 408-5565
arappaport@citizensforethics.org

*Attorneys for Plaintiff*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 11004
Washington, D.C. 20005
Tel: (202) 514-5838
Email: justin.sandberg@usdoj.gov

*Counsel for Defendant*